### BRAND v. THE STATE.

BY THE COURT. This case being for decision by a full bench of six Justices, and they being evenly divided in opinion, the judgment of the court below stands affirmed by operation of law.

117 753
e124 2
e124 3

Argued June 15,—Decided June 26, 1903.

Indictment for running freight-train on Sunday. Before Judge Roan. DeKalb superior court. May 9, 1903.

*Joseph B. & Bryan Cumming* and *M. A. Candler*, for plaintiff in error. *W. T. Kimsey, solicitor-general*, contra.